# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF OPERATING ENGINEERS
LOCAL 324 PENSION FUND, et al

      Plaintiffs,

v.

Case No.: 2:12-cv-12058
Hon. Matthew F. Leitman

DELTA ELECTRICAL CONTRACTORS
OF LANSING, INC., et al.,

      Defendants.
_____/

## ORDER OF RENEWED JUDGMENT AGAINST DEFENDANT DELTA ELECTRICAL CONTRACTORS OF LANSING, INC.

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Renew Judgment against Defendant Delta Electrical Contractors of Lansing, Inc., and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Amended Consent Judgment entered on August 31, 2012 is hereby renewed and entered against Defendant Delta Electrical Contractors of Lansing, Inc., in the amount of $16,578.17, for the remaining balance on the Judgment plus Judgment interest.

    **IT IS SO ORDERED.**

                                  /s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  September 1, 2022

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2022, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan  
                                                 Case Manager  
                                                 (313) 234-5126